UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-82107-DMM

DANIELLE GREENBERG,
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

HP INC.,

      Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Michael J. Stortz of the law firm of Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104, Tel: (415) 765-9500, for purposes of appearance as co-counsel on behalf of Defendant, HP Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Michael J. Stortz to receive electronic filings in this case, and in support thereof states as follows:

      1.      Michael J. Stortz is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California and the Central, Eastern, Northern, and Southern Districts Courts of California.

2. Movant, Dianne O. Fischer, Esquire, of the law firm of Akerman LLP, 98 SE 7th Street, Suite 1100, Miami, FL 33131; 305-374-5600, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Michael J. Stortz has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Michael J. Stortz, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Michael J. Stortz at email address: mstortz@akingump.com.

WHEREFORE, Movant, Dianne O. Fischer, moves this Court to enter an Order allowing Michael J. Stortz, to appear before this Court on behalf of Defendant, HP Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Michael J. Stortz.

Date: January 6, 2022

Respectfully submitted,

By: ___s/ Dianne O. Fischer_____
    Dianne O. Fischer
    Florida Bar No. 994560
    *deedee.fischer@akerman.com*

>  **AKERMAN LLP**
> Three Brickell City Centre
> 98 Southeast Seventh Street, Suite 1100
> Miami, FL 33131
> Telephone: (305) 374-5600
> Facsimile: (305) 349-4654
>
> *Attorneys for Defendant HP Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF this 6th day of January, 2022.

> *s/ Dianne O. Fischer*
> Attorney