**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-82107-CV-MIDDLEBROOKS/Matthewman

DANIELLE GREENBERG, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

HP INC.,

    Defendant.

_____/

**ORDER DENYING WITHOUT PREJUDICE MOTION TO**
**MODIFY THE TRIAL DATE**

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion to Modify the Trial Date ("Motion"), filed January 11, 2022. (DE 23). The Order setting trial in this case was entered on January 4, 2022. (DE 16). Defendant requests a modification of the August 1, 2022 trial date due to counsel's anticipated unavailability. In support, defense counsel represents that she is a single mother of two teenagers expected to begin college in August 2022, and therefore, counsel expects to be traveling at least twice that month.

At this time, I will deny the motion because counsel's anticipated conflict with the trial date appears to be somewhat speculative. This denial is without prejudice, however. Once counsel obtains additional information as to her dates and places of travel, should those dates conflict with the trial date or otherwise make counsel's ability to prepare for trial impracticable, I would be inclined to grant a continuance for good cause shown upon a renewed motion.

The Parties are reminded that they may, at any time, consent to the jurisdiction of United States Magistrate Judge William Matthewman, who generally affords litigants great flexibility in the setting of a pretrial schedule and trial date.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that Defendant's Unopposed Motion to Modify the Trial Date (DE 23) is **DENIED WITHOUT PREJUDICE**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 13th day of January, 2022.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record