UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-CV-82107-DMM

DANIELLE GREENBERG, individually
and on behalf of all others similarly
situated,

        Plaintiff,

v.

HP INC.

        Defendant.
_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff Danielle Greenberg, through her undersigned counsel, for the reasons stated herein, respectfully requests that the motions to dismiss filed by Defendant HP INC. ("HP") be denied as moot, and in support thereof states asfollows.

1. On November 19, 2021, Plaintiff filed her Putative Class Action Complaint against HP. (ECF No. 1).

2. On January 6, 2022, HP filed its Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). (ECF No. 17).

3. As a result of some of the issues raised in Defendant's motion to dismiss, and after diligent research, Plaintiff has determined an amendment to the Complaint to be necessary. The Amended Complaint will address some of the asserted pleading deficiencies raised in HP's Motion to Dismiss. Moreover, additional plaintiffs who wish to be putative class representatives and bring their similar claims against HP will be part of the amendment.

4. Pursuant to Federal Rule of Civil Procedure 15(1)(B), Plaintiff may amend the Complaint once as a matter of course within 21 days from service of HP's Motion to Dismiss. Accordingly, Plaintiff will timely file the amendment on or before January 27, 2022, and therefore HP's Motion to Dismiss should be denied as moot.

WHEREFORE for the foregoing reasons Plaintiff respectfully request this Court deny Defendant's Motion to Dismiss as moot.

Dated: January 20, 2022

> Respectfully submitted,
>
> By: *Scott D. Hirsch*
> Scott David Hirsch
> **SCOTT HIRSCH LAW GROUP PLLC**
> Fla. Bar No. 50833
> 6810 N. State Road 7
> Coconut Creek, FL 33073
> Tel: (561) 569-7062
> Email: scott@scotthirschlawgroup.com
>
> Nicholas A. Migliaccio (*pro hac vice*)
> Jason S. Rathod (*pro hac vice*)
> **Migliaccio & Rathod LLP**
> 412 H Street NE
> Washington, DC 20002
> Tel: (202) 470-3520
> Email: nmigliaccio@classlawdc.com
> Email: jrathod@classlawdc.com
>
> Dan E. Gustafson (*pro hac vice forthcomming*)
> David A. Goodwin (*pro hac vice*)
> Frances Mahoney-Mosedale (*pro hac vice*)
> **GUSTAFSON GLUEK PLLC**
> Canadian Pacific Plaza
> 120 South Sixth Street, Suite 2600
> Minneapolis, MN 55402
> Telephone: (612) 333-8844
> dgustafson@gustafsongluek.com
> dgoodwin@gustafsongluek.com
> fmahoneymosedale@gustafsongluek.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 20, 2022 with the Clerk of Court using CM/ECF which caused a copy to be served on all counsel of record.

*Scott D. Hirsch*
Scott D. Hirsch
